**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No.: 26−31387 − KAC
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephan John Lefeber

2664 Stillwater Road E
Saint Paul, MN 55119

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−9644

---

## NOTICE TO FILE CLAIMS

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, payment of a dividend appears possible in this case. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 9/28/2026, or, for governmental units, within 180 days from the date of the Order for Relief or 9/28/2026, whichever is later.

A Proof of Claim form ("Official Form B410") can be obtained from the United States Courts' website https://www.uscourts.gov. Form B410 may be filed by regular mail or electronically on the Minnesota Bankruptcy Court's website https://www.mnb.uscourts.gov.

There is no fee for filing the proof of claim.

Dated: 6/24/26

Tricia Pepin
Clerk, U.S. Bankruptcy Court
301 Diana E. Murphy United States Courthouse
300 Sourth Fourth Street
Minneapolis, MN 55415

BY: admin
Deputy Clerk

mnbflclm 4/26